UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISON

IESHA WOODFAULK,

    Plaintiff,                    Case No.:  5:21-cv-00102-TKW-MJF

v.

TRANE U.S. INC. and
INGERSOLL-RAND COMPANY,

    Defendants.
_____/

## MEDIATION REPORT

A mediation conference was conducted on February 2, 2022. The mediation conference resulted in a **SETTLEMENT**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of February, 2022, a true and correct copy of this Mediation Report was delivered via email to the following:

Mr. Jim Garrity
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL  32301
Email :  jim@jimgarritylaw.com
        elizabeth@mattoxlaw.com

Mr. Benjamin D. Sharkey
Mr. Brian L. Hayden

Jackson Lewis, P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Email: benjamin.sharkey@jacksonlewis.com
brian.hayden@jacksonlewis.com

*/s/ Michelle Anchors*
**Michelle Anchors**
Mediator No.: 35456 R
Florida Bar No.: 932272
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: 850-863-1974
Fax: 850-863-1591
Email:  manchors@anchorsgordon.com
sheri@anchorsgordon.com