UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IESHA WOODFAULK,

    Plaintiff,

v.                                          Case No. 5:21cv102-TKW-MJF

**TRANE U.S. INC.** and
**INGERSOLL-RAND COMPANY**,

    Defendants.

_____/

## ORDER OF DISMISSAL

Based on the joint stipulation of dismissal with prejudice (Doc. 15), it is ORDERED that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 8th day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**